Commonwealth ex rel. Spader, Appellant, *v.* Myers.

Argued June 9, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Albert Spader,* appellant, in propria persona.

*Juanita Kidd Stout,* Assistant District Attorney, with her *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, July 3, 1959:

The order of the court below dismissing relator's petition for writ of error coram nobis is affirmed on the opinion of Judge SLOANE, as reported in 17 Pa. D. & C. 2d 275.